CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4811
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GABRIELLE S. OLAYO, | Case No.: 2:21-cv-00205-EJY |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| ANDREW SAUL, Commissioner of Social Security, | (*FIRST REQUEST*) |
| Defendant. | |

Defendant, the Acting Commissioner of Social Security (the "Commissioner"), through the undersigned counsel, hereby requests an extension of time to file her Cross-Motion to Affirm and Response to Plaintiff's Motion for Reversal and/or Remand, which is currently due on or before September 7, 2021.

In addition to arguments addressing the final decision on her individual claim, Plaintiff's brief contains a sweeping constitutional claim challenging the structure of the Social Security Administration. Plaintiff did not assert a constitutional claim challenging the agency's structure in her complaint, so the government did not have "fair notice of what the . . . claim is and the grounds upon which it rests.'" *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (quoting *Conley v. Gibson*, 355 U.S. 41, 47 (1957)).

Developing an appropriate response to Plaintiff's constitutional claim will require extensive consultation and coordination between the Social Security Administration and the Department of Justice. That consultation and coordination will include consideration of Supreme Court decisions issued in late June 2021, including *Collins v. Yellen*, 141 S. Ct. 1761 (2021) (addressing constitutional challenge to structure of Federal Housing Finance Agency and related remedial and other issues).

Should the Court wish to entertain the constitutional claim as part of the current briefing without requiring Plaintiff to seek consent or leave to file an amended complaint, Defendant requests a 30-day extension, up through and including October 7, 2021, within which to file her response.

On August 30, 2021, the undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted a 30-day extension of time to file her Cross-Motion to Affirm and Response to Plaintiff's Motion for Reversal and/or Remand, through and including October 7, 2021.

//
//
//
//
//

Dated:  August 30, 2021

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __August 31, 2021_____